I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL ~~COUNSEL~~ Plaintiffs (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/19/2011

DEPUTY CLERK

"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH PREVEN, et al., | Case No. CV 11-2340-R (RNB) |
| Plaintiffs, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| THE COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendants' motions to dismiss for lack of subject matter jurisdiction and for failure to state a claim are granted; (2) plaintiffs' federal civil rights claims are dismissed without leave to amend; (3) supplemental jurisdiction over any state law claims being raised by plaintiffs is declined and those claims are dismissed without prejudice to plaintiffs raising any

such claims in state court; and (4) Judgment be entered dismissing this action accordingly.

DATED: July 18, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE